1   ADAM PAUL LAXALT
    Nevada Attorney General
2   JAMES N. BOLOTIN
    Deputy Attorney General
3   Nevada Bar No. 13829
    Bureau of Litigation
4   Public Safety Division
    100 N. Carson Street
5   Carson City, NV  89701-4717
    Tel:  (775) 684-1159
6   E-mail:  jbolotin@ag.nv.gov

7   *Attorneys for Defendants*
    *Romeo Aranas, Marsha Johns,*
8   *Michael Koehn, David Mar, and Francisco Sanchez*

9

10            **UNITED STATES DISTRICT COURT**

11               **DISTRICT OF NEVADA**

12   THOMAS SHIRLEY           Case No.  3:15-cv-00451-RCJ-VPC

13            Plaintiff,

14   vs.                  **STIPULATION AND ORDER OF**
                           **DISMISSAL WITH PREJUDICE**

15   ROMEO ARANAS, et al.,

16            Defendants.

17       Plaintiff, Thomas Shirley, in pro se, and Defendants, Dr. Romeo Aranas, Dr. Michael

18   Koehn, Dr. Marsha Johns, Dr. Francisco Sanchez, and Dr. David Mar, through counsel, Adam

19   Paul Laxalt, Attorney General of the State of Nevada, and James N. Bolotin, Deputy Attorney

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1  General, upon a Settlement Agreement reached, hereby stipulate to the dismissal of this action

2  with prejudice, with each party to bear their attorney's fees and costs.

3

4  DATED this _7_ day of _Aug._, 2016.      DATED this _11_ day of August, 2016.

5
                                            OFFICE OF THE ATTORNEY
6  Thomas Shirley, *pro se*                 GENERAL

7

8  By: _Thomas Shirley #75346_              By: _James Bolotin_

9  Thomas Shirley, #75346                   James N. Bolotin, SBN 13829
   P.O. Box 7000                            100 N. Carson Street
10 Carson City, NV 89702                    Carson City, NV 89701
   Plaintiff, in *pro se*                   (775) 684-1159
11                                          jbolotin@ag.nv.gov
                                            Attorneys for Defendants
12

13

14 **APPROVED AND SO ORDERED:**

15
   Dated: August 17, 2016        __    _R. James_
16
                                      United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

     I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 12th day of August, 2016, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/CFE Electronic Filing to:

Thomas Shirley #75346
Care of NNCC Law Librarian
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General